# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| John Mezzalingua Associates, Inc., d/b/a PPC,<br><br>Plaintiff,<br><br>v.<br><br>Pace Electronics, Inc., d/b/a Pace International,<br><br>Defendants. | CIV. A. No. 10-cv-64 (MJD/JJG) |

## JOINT STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, John Mezzalingua Associates, Inc., d/b/a PPC, and Defendant, Pace Electronics, Inc., d/b/a Pace International, subject to the approval of the Court, that the time for Defendant Pace Electronics, Inc., d/b/a Pace International to Answer or otherwise respond to the Complaint is extended to February 1, 2010.

81256258.1

Robins, Kaplan, Miller & Ciresi, L.L.P.

By: __/s/ Mathew J. Yang_____
       Mathew J. Yang (#0388584)
       2800 LaSalle Plaza
       800 LaSalle Avenue
       Minneapolis, MN 55402
       Telephone: (612) 349-8500
       Facsimile: (612) 339-4181
       MJYang@rkmc.com

*Attorneys for Defendant Pace Electronics, Inc., d/b/a Pace International.*


Workman Nydegger

By: __/s/ C.J. Veverka_____
       Charles J. Veverka (admitted *pro hac vice*)
       Sterling Brennan (admitted *pro hac vice*)
       Workman Nydegger
       1000 Eagle Gate Tower
       60 East South Temple
       Salt Lake City, UT 84111
       Telephone: (801) 533-9800
       Facsimile: (801) 328-1707
       sbrennan@wnlaw.com
       cveverka@wnlaw.com

       David A. Gerasimow (0389309)
       Michael E. Florey (#214322)
       Fish & Richardson, P.C.
       3200 RBC Plaza
       60 South Sixth Street
       Minneapolis, MN 55402
       Telephone: (612) 335-5070
       Facsimile: (612) 288-9696
       gerasimow@fr.com
       florey@fr.com

*Attorneys for Defendant John Mezzalingua Associates, Inc., d/b/a PPC*

81256258.1