# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JOHN MEZZALINGUA ASSOCIATES, INC., (d/b/a PPC) a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PACE ELECTRONICS, INC. (d/b/a PACE INTERNATIONAL), a Minnesota corporation; and PERFECT 10 ANTENNA COMPANY, an Arkansas corporation<br><br>Defendants. | Case No: 0:10-cv-00064 MJD/JJG |
| PACE ELECTRONICS, INC. (d/b/a PACE INTERNATIONAL), a Minnesota corporation; and PERFECT 10 ANTENNA COMPANY, an Arkansas corporation<br><br>Counterclaim Plaintiffs,<br><br>vs.<br><br>JOHN MEZZALINGUA ASSOCIATES, INC., (d/b/a PPC) a Delaware corporation,<br><br>Counterclaim Defendant. | |

**ORDER**

The Court, having considered the motion of plaintiff John Mezzalingua Associates, Inc., d/b/a PPC ("PPC") to permit limited expedited discovery (the "Motion"), having considered the arguments and submissions of the parties with respect thereto:

IT IS HEREBY ORDERED that Plaintiff's Motion for expedited discovery [Doc. No. 77] is DENIED.

DATED this 16th day of April, 2010.

BY THE COURT

s/Michael J. Davis
Honorable Michael J. Davis
Chief Judge, District of Minnesota