# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JOHN MEZZALINGUA ASSOCIATES, INC., (d/b/a PPC) a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PACE ELECTRONICS, INC. (d/b/a PACE INTERNATIONAL), a Minnesota corporation, and PERFECT 10 ANTENNA COMPANY, an Arkansas corporation,<br><br>Defendants. | Case No: 0:10-cv-00064 MJD/JJG |
| PACE ELECTRONICS, INC. (d/b/a PACE INTERNATIONAL), a Minnesota corporation and PERFECT 10 ANTENNA COMPANY, An Arkansas corporation,<br><br>Counterclaim Plaintiff,<br><br>vs.<br><br>JOHN MEZZALINGUA ASSOCIATES, INC., (d/b/a PPC) a Delaware corporation,<br><br>Counterclaim Defendant. | |

**DECLARATION OF ROBERT E. AYCOCK IN SUPPORT OF PPC'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' <u>MOTION FOR SUMMARY JUDGMENT</u>**

I, Robert E. Aycock, declare under penalty of perjury:

1. I am an attorney with the firm of Workman Nydegger. This firm represents plaintiff John Mezzalingua Associates, Inc., d/b/a PPC ("PPC") in the action captioned above.

2. I submit this declaration to provide the Court with true and correct copies of documents in support of PPC's Memorandum in Opposition to Defendants' Motion for Summary Judgment.

3. Exhibit A is a true and correct copy of U.S. Patent 7,118,416.

4. Exhibit B is a true and correct copy of excerpt pages from American Heritage Dictionary of the English Language (4th ed. 2000).

5. Exhibit C is a true and correct copy of excerpt pages from Random House Webster's College Dictionary (2d ed. 1997).

6. Exhibit D is a true and correct copy of excerpt pages from The Oxford American Desk Dictionary (1998).

7. Exhibit E is a true and correct copy of excerpt pages from Webster's New World Dictionary and Thesaurus (2d ed. 2002).

8. Exhibit F is a true and correct copy of excerpt pages from Merriam-Webster's Collegiate Dictionary (10th ed. 1998).

9. Exhibit G is a true and correct copy of a USPTO Office Action dated June 1, 2005.

10. Exhibit H is a true and correct copy of a USPTO Office Action dated November 3, 2005.

11. Exhibit I is a true and correct copy of PPC's Claim Chart.

12. Exhibit J is a true and correct copy of U.S. Patent 6,558,194.

13. Exhibit K is a true and correct copy of U.S. Patent 6,767,248.

I declare under penalty of perjury the foregoing is true and correct.

Dated: November 12, 2010               /s/ Robert E. Aycock